### 41987. BROWN v. THE STATE.

NICHOLS, Presiding Judge. 1. In an accusation charging the defendant with the possession of nontax-paid liquor an allegation stating the quantity possessed is mere surplusage since the possession of any quantity of such nontax-paid liquor is a crime. See *Pierce v. State,* 73 Ga. App. 627, 632 (37 SE2d 431).

2. Had the accusation charged the defendant with possession of nontax-paid liquor, to wit: a described amount in described containers at a described place in the county, then such allegations would not be surplusage but a material part of the accusation (see *Johnson v. State,* 79 Ga. App. 210, 214 (53 SE2d 498)), since a conviction under such an accusation would not bar a second prosecution for possessing other nontax-paid liquors at another place in the county.

3. Where, as in the present case, under an accusation as described in headnote 1, the defendant is sworn and testifies that a part of the nontax-paid liquor introduced in evidence was his, the conviction is demanded and any alleged errors in the trial court's instructions to the jury would not constitute reversible error. See *Dumas v. State,* 62 Ga. 58 (3), and *Barbour v. State,* 66 Ga. App. 498 (18 SE2d 40), and cases there cited as to the effect of admissions of a defendant made on the trial of a criminal case.

*Judgment affirmed. Hall and Deen, JJ., concur.*

SUBMITTED MAY 3, 1966—DECIDED MAY 10, 1966.

*Casey Thigpen,* for appellant.